**No. 49975.**—Protests 81674–K, etc., of Barotz Import Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the beads in question are not in imitation of precious or semiprecious stones and are similar to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867).   In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 49976.**—Protests 949852–G, etc., of F. Weintraub & Co. of N. Y., Inc., et al. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458.   The protests were sustained to this extent.

BEFORE THE SECOND DIVISION, JANUARY 25, 1945

**No. 49977.**—Protests 670165–G, etc., of American Sanitary Rag Co. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 27, 1945

**No. 49978.**—Protests 936088–G, etc., of Armand Schwab & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items of the merchandise consisted of hats similar in all material respects to those the subject of Abstracts 46497 and 47291, and *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which records were admitted in evidence herein.   In accordance therewith the items in question were held dutiable at 25 percent under paragraph 1504 (b) (1) as claimed.